# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLENN M BROWN,**<br>Plaintiff,<br>vs.<br>**ANDREW M. SAUL,**<br>Commissioner of Social Security,<br>Defendant. | CASE NO. 18-cv-03160-YGR<br><br>**ORDER GRANTING STIPULATION FOR AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**<br><br>Re: Dkt. No. 24 |

Pursuant to the stipulation of the parties (Dkt. No. 24), and good cause having been shown, the stipulation for award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) is **GRANTED**.

The parties have stipulated that an award of $2,985.43 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), is reasonable. The parties have further stipulated that this award is without prejudice to plaintiff's right to seek attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA, and that this award shall constitute a complete release from and bar to any claims plaintiff may have relating to EAJA fees and costs.

Pursuant to the terms of the stipulation, the Court therefore **ORDERS** that defendant Commissioner shall to pay plaintiff Glenn M. Brown $2,985.43 in attorney's fees.

This terminates Docket No. 24.

**IT IS SO ORDERED.**

Dated: August 29, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**